AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Peter F. Gaito Architecture, LLC d/b/a Peter F.
     Gatio and Associates

V.

Simone Development Corp., Simone
Church Street LLC, Joseph Simone,
Thomas Metallo, Saccardi & Schiff,
Inc., TNS Development Group Ltd.,
and Slice Architects, LLP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: JUDGE CONNER

08 CIV. 6056

TO: (Name and address of Defendant)

Simone Development Corp., 1000 Main Street, New Rochelle, NY 10811
Simone Church Street LLC, 1000 Main Street, New Rochelle, NY 10811
Joseph Simone, 1000 Main Street, New Rochelle, NY 10811
Thomas Metallo, 18-35 130th Street, College Point, New York 11356
Saccardi & Schiff, Inc., 445 Hamilton Avenue, Suite 404, White Plains, NY 10601
TNS Development Group LTD., 18-35 130th Street, College Point, New York 11356
Slice Architects, LLP, 841 Broadway, NY,NY 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austin Graff, Esq.
The Scher Law Firm, LLP
One Old Country Road, Suite 385
Carle Place, New York 11514

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

CLERK _[signature]_

(By) DEPUTY CLERK

DATE July 2, 2008

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date            *Signature of Server*

                                     _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.