*Conner, J*

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

PETER F. GAITO ARCHITECTURE, LLC D/B/A    DOCKET NO:
PETER F. GAITO AND ASSOCIATES,

                                    Plaintiff,    08 Civ. 6056 (WCC)

            -against-                             ECF Case

SIMONE   DEVELOPMENT   CORP.,   SIMONE        **ORDER AND STIPULATION**
CHURCH   STREET   LLC,   JOSEPH   SIMONE,     **EXTENDING DEFENDANT**
THOMAS METALLO, SACCARDI & SCHIFF, INC.,      **SACCARDI & SCHIFF,**
TNS   DEVELOPMENT   GROUP   LTD.,   and       **INC.'S TIME TO RESPOND**
ARCHITECTS, LLP,                              **TO PLAINTIFF'S**
                                              **COMPLAINT**
                                    Defendants.

---------------------------------------------------------------------- x


**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel, as follows:

1.    The law firm of Winget, Spadafora & Schwartzberg, LLP, counsel for

Defendant Saccardi & Schiff, Inc. ("Saccardi"), hereby agrees to accept service of Plaintiff's

Summons and Complaint on behalf of Saccardi and waives any defenses of personal

jurisdiction and service of process in this action.

2.    Saccardi shall serve its Answer to the Plaintiff's Complaint on or

before August 22, 2008 or if Saccardi moves with respect to the Plaintiff's Complaint, such

other subsequent date as the Court may direct. If Saccardi intends to move, it must provide

notice to the Plaintiff in writing on or before August 22, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

l of 2 &c

**COPIES MAILED TO COUNSEL OF RECORD** for Δs &
AND E-MAILED TO π's COUNSEL

Dated: New York, New York
       July 30, 2008

       The Scher Law Firm, LLP                    WINGET, SPADAFORA &
       Attorneys for Plaintiff                    SCHWARTZBERG, LLP
                                                  Attorneys for Defendant
                                                  Saccardi & Schiff, Inc.

By:    _____          By:    _____
       Austin Graff, Esq. (AG-0096)              Harris B. Katz (HK-1000)
       One Old Country Road, Suite 385           45 Broadway, 19th Floor
       Carle Place, New York 11514               New York, NY 10006
       (516) 746-5040                            (212) 221-6900


**SO-ORDERED:**                            **Dated:**    August 1, 2008
                                                         White Plains, NY
_____

**Hon. William C. Conner, U.S.D.J.**


2 of 2