UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
PETER F. GAITO ARCHITECTURE, LLC d/b/a        :
PETER F. GAITO ASSOCIATES,                    :
                                              :       DOCKET NO. 08 Civ. 6056
      Plaintiff,                              :
                                              :       JUDGE CONNER
      v.                                      :
                                              :
SIMONE DEVELOPMENT CORP., SIMONE              :
CHURCH STREET LLC, JOSEPH SIMONE,             :
THOMAS METALO, SACCARDI & SCHIFF,             :
INC., TNS DEVELOPMENT GROUP LTD.,             :
and SLCE ARCHITECTS, LLP.,                    :
                                              :
      Defendants.                             :
------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF HARRIS B. KATZ

To the Clerk:

Please enter my appearance as counsel of record for defendant Saccardi & Schiff, Inc. in this matter.

I request that I receive copies of all filings by the ECF system.

Dated: New York, New York
       August 25, 2008

                                              s/*Harris B. Katz*
                                              Harris B. Katz (HK-1000)
                                              Winget, Spadafora, & Schwartzberg, LLP
                                              45 Broadway, 19th Floor
                                              New York, NY 10006
                                              212-221-6900
                                              212-221-6969 (fax)
                                              Email: katz.h@wssllp.com
                                              Attorneys for Defendant,
                                              Saccardi & Schiff, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF:

**Austin Reis Graff**
The Scher Law Firm, LLP
One Old Country Road, Suite 385
Carle Place, NY 11514
(516)-746-5040
Fax: (516)-747-9100
Email: agraff@scherlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                  s/ Harris B. Katz
                                                  Harris B. Katz