UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
PETER F. GAITO ARCHITECTURE, LLC d/b/a  :
PETER F. GAITO ASSOCIATES,              :
                                        :   DOCKET NO. 08 Civ. 6056
        Plaintiff,                      :
                                        :   JUDGE CONNER
    v.                                  :
                                        :
SIMONE DEVELOPMENT CORP., SIMONE        :
CHURCH STREET LLC, JOSEPH SIMONE,       :
THOMAS METALO, SACCARDI & SCHIFF,       :
INC., TNS DEVELOPMENT GROUP LTD.,       :
and SLCE ARCHITECTS, LLP.,              :
                                        :
        Defendants.                     :
------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF MATTHEW TRACY

To the Clerk:

Please enter my appearance as lead counsel of record for defendant Saccardi & Schiff, Inc. in this matter.

I request that I receive copies of all filings by the ECF system.

Dated: New York, New York
       August 25, 2008

                                                  *s/Matthew Tracy*_____
                                                  Matthew Tracy (MT – 2503)
                                                  Winget, Spadafora, & Schwartzberg, LLP
                                                  45 Broadway, 19th Floor
                                                  New York, NY 10006
                                                  212-221-6900
                                                  212-221-6969 (fax)
                                                  Email: tracy.m@wssllp.com
                                                  Attorneys for Defendant,
                                                  Saccardi & Schiff, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF:


**Austin Reis Graff**
The Scher Law Firm, LLP
One Old Country Road, Suite 385
Carle Place, NY 11514
(516)-746-5040
Fax: (516)-747-9100
Email: agraff@scherlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


                                            s/ Harris B. Katz
                                            Harris B. Katz