08-01-2008  12:28pm  From-

T-343  P 002/003  F-021

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PETER F. GAITO ARCHITECTURE, LLC d/b/a
PETER F. GAITO AND ASSOCIATES,

              Plaintiff,

    -against-

SIMONE DEVELOPMENT CORP., SIMONE
CHURCH STREET LLC, JOSEPH SIMONE,
THOMAS METALLO, SACCARDI & SCHIFF,
INC., TNS DEVELOPMENT GROUP LTD.,
and SLCE ARCHITECTS, LLP,

            Defendants.
----------------------------------------------------------X

**ORDER AND**
**STIPULATION**

ECF CASE

08 Civ. 6056 (WCC)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as

follows:

1.    The law firm of Milber Makris Plousadis & Seiden, LLP, counsel for defendant, SLCE

Architects, LLP ("SLCE Architects") hereby agrees to waive any defenses of personal jurisdiction and

service of process as regards to SLCE Architects.

2.    SLCE Architects shall serve its answer to the Plaintiff's complaint on or before August

22, 2008 or if SLCE Architects moves with respect to the Plaintiff's complaint, such other subsequent

date as the Court may direct.  If SLCE Architects intends to move, it must provide notice to the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Page 1 of 2

COPIES MAILED TO COUNSEL OF RECORD for △ SLCE + Simone
+ E-MAILED To π + △ S+S COUNSEL      △S

p. 3                01674791000          THE SCHER LAW FIRM, LLP      AUG 01 2008 13:57

Plaintiff in writing on or before August 22, 2008.


Dated:        White Plains, New York
~~July 28, 2008~~
An August 1, 2008

THE SCHER LAW FIRM, LLP
Attorneys for Plaintiff

By: _____
       Austin Graff, Esq. (AG-0096)
       One Old Country Road, Suite 385
       Carle Place, New York  11514
       (516) 746-5040


MILBER MAKRIS PLOUSADIS
  & SEIDEN, LLP
Attorneys for SLCE Architects, LLP

By: _____
       Christopher A. Albanese, Esq.(CAA-0145)
       3 Barker Avenue, 6th Floor
       White Plains, New York  10601
       (914) 681-8700


Date: Sept. 3, 2008
       White Plains, NY


SO ORDERED:

_____
Hon. William C. Conner, U.S.D.J.


Page 2 of 2