UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PETER F. GAITO ARCHITECTURE, LLC d/b/a
PETER F. GAITO AND ASSOCIATES, and
PETER F. GAITO,

                                    Plaintiffs,                   **NOTICE OF MOTION**

    -against-

                                                                                         08 Civ. 6056 (WCC)

SIMONE DEVELOPMENT CORP., SIMONE CHURCH
STREET LLC, JOSEPH SIMONE, THOMAS METALLO,
SACCARDI & SCHIFF, INC., TNS DEVELOPMENT
GROUP LTD., and SLCE ARCHITECTS, LLP,

                                    Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed Affidavit of Joseph Simone, sworn to on November 11, 2008, the Affidavit of Thomas Metallo, sworn to on November 18, 2008, the exhibits attached thereto, and the Memorandum of Law dated November 19, 2008, defendants Simone Development Corp., Simone Church Street LLC, Joseph Simone, Thomas Metallo, and TNS Development Group Ltd. (collectively, the "Simone Defendants") will move this Court on December 22, 2008 at 9:30 am or as soon thereafter as counsel may be heard, before the Honorable William C. Conner, United States Courthouse, 300 Quarropas St., White Plains, New York 10601, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. §1367(c)(3) granting the Simone Defendants' motion to dismiss the Amended Complaint on the grounds that it fails to state a claim upon which relief can be granted, the Court should decline to exercise supplemental jurisdiction over the pendent state law claims, and the Simone Defendants are entitled to judgment as a matter of law, together with such other, further

and different relief as the Court may deem just and proper in the circumstances and the costs and disbursements of this motion.

Dated: White Plains, New York
       November 19, 2008

                                       **COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP**
                                       Attorneys for the Simone Defendants

By: _____
      Philip M. Halpern, Esq. (PH-2658)
      A Member of the Firm
      One North Lexington Avenue
      White Plains, New York 10601
      (914) 684-6800

To: Austin Graff, Esq.
     Attorneys for Plaintiffs
     The Scher Law Firm, LLP
     One Old Country Road, Suite 385
     Carle Place, NY 11514
     (516) 746-5040

     Matthew Tracey, Esq.
     Attorneys to Defendant Saccardi
     Winget, Spadafora & Schwartzberg, LLP
     45 Broadway, 19th Floor
     New York, New York 10006
     (212) 221-6900

     Christopher A. Albanese, Esq.
     Attorneys for Defendant SLCE Architects, LLP,
     Milber, Makris, Plousadis & Seiden, LLP
     3 Barker Avenue, 6th Floor
     White Plains, New York 10601
     (914) 681-8700