| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>PETER F. GAITO ARCHITECTURE, LLC d/b/a<br>PETER F. GAITO AND ASSOCIATES, and<br>PETER F. GAITO,<br><br>                Plaintiffs,<br><br>    -against-<br><br>SIMONE DEVELOPMENT CORP., SIMONE<br>CHURCH STREET LLC, JOSEPH SIMONE,<br>THOMAS METALLO, SACCARDI & SCHIFF,<br>INC., TNS DEVELOPMENT GROUP LTD.,<br>and SLCE ARCHITECTS, LLP,<br><br>                Defendants.<br>------------------------------------------------------------X | **ELECTRONICALLY FILED**<br><br>08 Civ. 6056 (WCC)<br><br>**NOTICE OF MOTION** |

       **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Christopher A. Albanese, Memorandum of Law and attached exhibits submitted herewith, the undersigned attorneys for the Defendant, SLCE Architects, LLP, shall apply to the Honorable William C. Conner at the Southern District of New York located at 300 Quarropas Street, White Plains, New York for an Order dismissing, with prejudice, Plaintiffs' Amended Complaint, as asserted against SLCE Architects, LLP, pursuant to FRCP §12(b)(6).

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to Order of the Court, answering papers, if any, shall be served on December 10, 2008, with reply papers due on December 22, 2008.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: White Plains, New York
       November 19, 2008

                                      **MILBER MAKRIS PLOUSADIS**
                                          **& SEIDEN, LLP**

                                By: s/_____
                                       Christopher A. Albanese (CAA 0145)
                                       Attorneys for Defendant
                                       SLCE Architects, LLP
                                       3 Barker Avenue, 6th Floor
                                       White Plains, New York 10601
                                       (914) 681-8700
                                       e-mail: calbanese@milbermakris.com

TO:   Austin Graff, Esq.
       THE SCHER LAW FIRM, LLP
       Attorneys for Plaintiff
       One Old Country Road, Suite 382
       Carle Place, New York 11514
       (516) 746-5040

       Scott M. Salant, Esq.
       COLLIER, HALPERN, NEWBERG,
        NOLLETTI & BLOCK, LLP
       Attorneys for the Defendants
       SIMONE DEVELOPMENT CORP.,
       SIMONE CHURCH STREET LLC,
       JOSEPH SIMONE, THOMAS METALLO
       and TNS DEVELOPMENT GROUP, LTD.
       1 North Lexington Avenue
       White Plains, New York 10601
       (914) 684-6986

       Harris B. Katz, Esq.
       WINGET, SPADAFORA &
        SCHWARTZBERG, LLP.
       Attorneys for the Defendant
       SACCARDI & SCHIFF, INC.
       45 Broadway, 19th Floor
       New York, New York 10006
       (212) 221-6900